# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 533 MAL 2016 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| DANIELLE NICOLE PACKER, | : | |
| | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 5th day of December, 2016, the Petition for Allowance of Appeal

is **GRANTED**.  The issue, as stated by petitioner, is:

> Did the prosecution prove beyond a reasonable doubt that Ms. Packer
> acted with sufficient malice when she became involved in a fatal motor
> vehicle accident after she "huffed" Dust-Off to support her convictions for
> [t]hird [d]egree [m]urder and [a]ggravated [a]ssault?